FILED
June 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SL_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>**DERRICK LEE LICON**<br>Defendant | **1:23-cr-101-DH**<br><u>**MISDEMEANOR INFORMATION**</u><br><br>[Ct. 1: 18 U.S.C. § 111(a)(1) –<br>Interfering with Officer or Employee] |

The United States Attorney Charges:

**Count One**
Interfering with Officer or Employee
8 U.S.C. § 111(a)(1)

On or about December 21, 2022, in the Western District of Texas, Defendant,

**DERRICK LEE LICON**,

impeded and interfered with an officer and employee of the United States, specifically Transportation Security Officer K.B. of the Transportation Security Administration, an agency of the United States Department of Homeland Security, while K.B. was engaged in the performance of her official duties, and on account of K.B.'s performance of her official duties.  Specifically, while K.B. was participating in security screening operations at Austin Bergstrom International Airport, Defendant impeded and interfered with K.B.'s efforts to prevent Defendant from transporting prohibited items through the TSA checkpoint in his carry-on luggage.

In violation of 18 U.S.C. § 111(a)(1).

JAIME ESPARZA
United States Attorney

By:     *Alan M. Buie*
        ALAN M. BUIE
        Assistant United States Attorney